KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
MAXWELL E. ALDERMAN - # 318548
malderman@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
ROBYN PARISER - # 335017
rpariser@keker.com
JONHATAN A. ARAGON - # 338756
jaragon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| J.S.,<br><br>Plaintiff,<br><br>v.<br><br>SPRING FERTILITY HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No. 5:24-cv-07374-EJD<br><br>**DECLARATION OF MAX ALDERMAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LINKEDIN'S MOTION TO DISMISS**<br><br>Date: April 3, 2025<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Date Filed: October 22, 2024<br><br>Trial Date: None Set |

I, Maxwell E. Alderman, declare as follows:

1. I am an attorney licensed to practice law in the State of California, an associate with the law firm of Keker, Van Nest & Peters LLP, and am counsel for Defendant LinkedIn Corporation ("LinkedIn") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

**LinkedIn's Terms**

2. Attached as **Exhibit A** is a true and correct copy of the LinkedIn User Agreement, publicly available at: https://www.linkedin.com/legal/user-agreement (last visited January 8, 2025). Attached as **Exhibit A1** is a true and correct copy of the LinkedIn User Agreement that was publicly available on October 22, 2024, when Plaintiff filed her Complaint, available at: https://web.archive.org/web/20241025193340/https://www.linkedin.com/legal/user-agreement. I have reviewed, and the agreements do not differ with respect to the provisions cited in LinkedIn's motion to dismiss.

3. Attached as **Exhibit B** is a true and correct copy of the LinkedIn Privacy Policy, publicly available at https://www.linkedin.com/legal/privacy-policy (last visited January 8, 2025).

4. Attached as **Exhibit C** is a true and correct copy of the LinkedIn Cookie Policy, publicly available at https://www.linkedin.com/legal/cookie-policy (last visited January 8, 2025).

5. Attached as **Exhibit D** is a true and correct copy of the LinkedIn Cookie Table, publicly available at: https://www.linkedin.com/legal/l/cookie-table (last visited January 8, 2025).

6. Attached as **Exhibit E** is a true and correct copy of the LinkedIn Ads Agreement, publicly available on October 22, 2024, when Plaintiff filed her Complaint, available at https://web.archive.org/web/20241127054735/https://www.linkedin.com/legal/sas-terms (last visited January 8, 2025).

**LinkedIn's webpages**

7. Attached as **Exhibit F** is a true and correct copy of LinkedIn's "What is LinkedIn and how can I use it?" webpage, publicly available at: https://www.linkedin.com/help/linkedin/answer/a548441 (last visited January 8, 2025).

8. Attached as **Exhibit G** is a true and correct copy of LinkedIn's "Insight Tag" webpage, publicly available at: https://business.linkedin.com/marketing-solutions/insight-tag (last visited January 8, 2025).

9. Attached as **Exhibit H** is a true and correct copy of LinkedIn's "Insight Tag FAQs" webpage that has been publicly available at https://www.linkedin.com/help/lms/answer/a427660 (last visited January 8, 2025). Attached as **Exhibit H1** is a true and correct copy of LinkedIn's "Insight Tag FAQs" webpage that was publicly available on October 22, 2024, when Plaintiff filed her Complaint, available at: https://web.archive.org/web/20241122175733/https://www.linkedin.com/help/lms/answer/a427660. I have reviewed, and the webpages do not materially differ with respect to the language cited in LinkedIn's motion to dismiss.

**Defendant Spring Fertility Holdings, LLC's ("Spring") Terms**

10. Attached as **Exhibit I** is a true and correct copy of Spring's Legal & Terms, publicly available at: https://springfertility.com/legal-terms/ (last visited January 8, 2025).

11. Attached as **Exhibit J** are true and correct screenshots taken on January 8, 2025 of Spring's Cookie Banner, and the disclosures contained therein, displayed to users who navigate to Spring's website, https://springfertility.com/, on a desktop browser. That banner is persistent, hovering in the center and on the right-hand side of a user's browser window when that user scrolls the webpage (and any other webpage on Spring's website), unless and until that user clicks "ACCEPT." The underlined phrase "Cookies Policy" in the banner is a hyperlink, which redirects to Spring's Legal & Terms, attached here as Exhibit I. The screenshots appear the same as the screenshot of the Cookie Banner in paragraph 100 of Plaintiff's Complaint, filed on October 22, 2024.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct and that this declaration was executed on January 10, 2025, in Reno, Nevada.

*_/s/ Maxwell E. Alderman_*
Maxwell E. Alderman