TIMOTHY K. BRANSON (SBN: 187242)
tbranson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124

SARA ANDERSON FREY (pro hac vice pending)
sfrey@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (215) 717=4009
Facsimile: (215) 693-6650

Attorneys for Defendant
SPRING FERTILITY HOLDINGS, LLC

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING FERTILITY HOLDINGS, LLC, META PLATFORMS, INC., AND LINKEDIN CORPORATION,<br><br>Defendants. | Case No. 5:24-cv-07374-EJD<br><br>Assigned to: Hon. Edward J. Davila<br><br>**DECLARATION OF TIMOTHY K. BRANSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SPRING FERTILITY HOLDINGS, LLC'S MOTION TO DISMISS**<br><br>Date: April 3, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 4<br><br>Action Filed: October 22, 2024<br><br>Trial Date: None |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

I, Timothy K. Branson, declare as follows:

1. I am an attorney licensed to practice law in the State of California, a partner with the law firm of Gordon Rees Scully Mansukhani, LLP, and am counsel for Defendant Spring Fertility Holdings, LLC ("Spring Fertility") in the above-captioned action. I have personal knowledge of the facts set forth herein and if called upon as a witness thereto, could do so competently under oath.

2. Attached as **Exhibit 1** is a true and correct screenshot taken on January 8, 2025 of the Spring Fertility homepage and Cookie Banner displayed to users who visit Spring Fertility's website, www.springfertility.com on a desktop browser. The Cookie Banner is persistent, hovering in the center and on the righthand side of a user's browser window unless and until the user clicks "ACCEPT." The underlined phrase "Cookies Policy" is a hyperlink, which redirects users to Spring Fertility's Legal & Terms, attached hereto as Exhibit 2.

3. Attached as **Exhibit 2** is a true and correct copy of Spring Fertility's Legal & Terms, which are publicly available at www.springfertility.com/legal-terms (last visited January 10, 2025).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on January 10, 2025 in San Diego, California.

*/s/ Timothy K. Branson*
Timothy K. Branson