KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
MAXWELL E. ALDERMAN - #318548
malderman@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
JONHATAN A. ARAGON - # 338756
jaragon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant LINKEDIN CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| J.S.,<br><br>Plaintiff,<br><br>v.<br><br>SPRING FERTILITY HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No. 5:24-cv-07374-EJD<br><br>**STATEMENT OF RECENT DECISION** |

Pursuant to Local Rule 7-3(d) and in connection with the pending motion to dismiss filed by Defendant LinkedIn Corporation (ECF No. 41), LinkedIn calls to the Court's attention the April 2, 2025 opinion by Judge Trina Thompson granting Defendant Ubisoft, Inc.'s motion to dismiss with prejudice Plaintiff Trevor Lakes's complaint, which alleged that UbiSoft violated the Video Privacy Protection Act, California's Invasion of Privacy Act, California common law, the Electronic Communications Privacy Act, and the California Constitution when it placed Meta Platforms, Inc.'s "tracking Pixel" on its website and disclosed user data "in a single transmission to Meta," in *Lakes v. Ubisoft, Inc.*, Case No. 24-cv-06943-TLT (N.D. Cal.). Judge Thompson's decision is attached as Exhibit A and published at -- F. Supp.3d -- , 2025 WL 1036639 (N.D. Cal. Apr. 2, 2025).

Dated: May 28, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Maxwell E. Alderman*
BENJAMIN BERKOWITZ
MATAN SHACHAM
CHRISTINA LEE
MAXWELL E. ALDERMAN
SPENCER MCMANUS
JONHATAN A. ARAGON

Attorneys for Defendant LINKEDIN CORPORATION